**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GIANCARLOS MAYTA BUSTAMANTE,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-CV-06851-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed November 24, 2026 (ECF No. 7), IT IS ADJUDGED that the Petition is granted.

DATED: November 25, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE